Jacob Meelbusch, appellee, v. Henry A. Meelbusch, appellant. Gen. No. 31,327.

Action to recover for cashing check. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Reversed and remanded. Opinion filed February 7, 1927. Rehearing denied and opinion slightly modified February 18, 1927.

Wyman, Hopkins, McKeever & Colbert, for appellant; Austin L. Wyman, of counsel. Short, Guenther & Willner, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Frank Krause, complainant, v. Veronica Krause, defendant.

Veronica Krause, cross-complainant, v. Frank Krause, cross-defendant. Gen. No. 31,336.

Appeal from order denying petition to hold complainant's former husband in contempt for refusal to pay maintenance of minor children. Appeal from the Superior Court of Cook county; the Hon. Joseph Sabath, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Affirmed. Opinion filed February 7, 1927.

Otto Schusterman, for cross-complainant. No appearance for cross-defendant.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

The Rudolph Wurlitzer Company, appellee, v. Lilyan Walker, appellant. Gen. No. 31,367.

Suit on promissory note. Judgment for plaintiff confirming prior confession judgment. Appeal from the Municipal Court of Chicago; the Hon. C. F. McKinley, Judge, presiding. Heard in the first division of this court for the first district at the October term. 1926. Reversed with finding of facts and judgment of nil capiat. Opinion filed February 7, 1927.

Barthell & Rundall, for appellant. Mishkin & Mishkin, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Caroline Lederer, executrix of and trustee under the will of Samuel Lederer, deceased, appellant, v. Samuel Goldman, alias Samuel Q. Goldman, appellee. Gen. No. 31,427.

Suit to recover rent. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. William E. Helander, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Reversed with finding of fact and judgment here. Opinion filed February 7, 1927.

Deneen, Healy & Lee, for appellant; John H. S. Lee and Owen Rall, of counsel. No appearance for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.